UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUPER PAWN JEWELRY & LOAN, LLC D/B/A GEMRUSH, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:11-cv-08894 |
| v. | ) ) | Honorable Robert M. Dow, Jr. |
| AMERICAN ENVIRONMENTAL ENERGY INC., *et. al.* | ) ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

## ORDER OF DISMISSAL
## PURSUANT TO SETTLEMENT

It is ordered, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and the parties' Stipulation of Dismissal Pursuant to Settlement and Settlement Agreement filed as Exhibit thereto, this action is hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees. The parties shall comply with the terms of the settlement agreement which are incorporated herein. This dismissal order does not affect the pending motions for sanctions [210, 215], as to which the Court will issue a written ruling at a future date. See *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 396 (1990) (explaining that a sanctions determination does not implicate the merits of an action and "[s]uch a determination may be made after the principal suit has been terminated").

Date: 4/17/2014          ENTER:

_____
ROBERT M. DOW, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| ***SUPER PAWN JEWELRY & LOAN, LLC D/B/A GEMRUSH*** | ***AMERICAN ENVIRONMENTAL ENERGY, INC ET. AL.*** |
| s/ M. Scott Leonard | s/Christopher Wilson |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| | *American Environmental Energy, Inc* |
| | *Alan Shinderman* |
| | *Quicksilver Stock Transfer, LLC* |
| Date: April 10, 2014 | Date: April 10, 2014 |